# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00436-MOC-DSC

| | |
|---|---|
| DANA DAVIS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EQUIFAX INFORMATION SERVICES )<br>LLC et al., )<br>)<br>Defendants. ) | **ORDER** |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Zachary A. McEntyre, Meryl W. Roper, Brandon Keel and Melanie Papadopoulos]" (documents ##15-18) filed September 10, 2018. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: September 13, 2018

David S. Cayer
United States Magistrate Judge