UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cv-00436-MOC-DSC

| | |
|---|---|
| **DANA DAVIS**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) ORDER |
| | ) |
| **EQUIFAX INFORMATION SERVICES, LLC** | ) |
| **CREDIT SOLUTIONS CORPORATION** | ) |
| **KROSS, LIEBERMAN & STONE, INC.** | ) |
| **WYNDHAM RESORT DEVELOPMENT** | ) |
| **CORPORATION**, | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on defendant Equifax Information Services, LLC's Motion to Dismiss or Stay Count VI of Plaintiff's Complaint. In accordance with the Local Civil Rules of this Court, plaintiff was obligated to respond not later than October 18, 2018. Plaintiff is represented by counsel appearing *pro hac vice* and by local counsel.

Having considered defendant Equifax Information Services, LLC's motion and reviewed the pleadings, and finding that such defendant has stated a sufficient basis for at least the alternative relief sought, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant Equifax Information Services, LLC's Motion to Dismiss or Stay Count VI of Plaintiff's Complaint (#28) is **DENIED** in part as to the Motion to Dismiss and **GRANTED** in part as to the Motion to Stay, and further consideration and

prosecution of Count VI of the Complaint in this Court are **STAYED** under the first-to-file rule, pending resolution of that issue or the issue of class certification by the district court in <u>Berg v. Equifax Information Services LLC</u>, 3:18cv533 (W.D. Wash.).

Signed: October 23, 2018

Max O. Cogburn Jr
United States District Judge